To whom it may concern:                         December, 4, 2015

My name is Enrique Mata TDC # 2001462
court of appeals number: 04-15-00345-CR
Trial court case number: 12-05-00028-CRL

I just recieved A letter from you today December
4, 2015. I see that i have 30 days to write a pro se brief
if i wish too. Yes, id like to. I have a couple questions.
1st question can you please explain to me what a pro se
brief is and what exactly am i suppose to do to write
it. what am i suppose to write is my question. Im trying
to Get help on this. 2nd question can you please
Give me extra time to get my pro se brief together.
Im trying to find out more about it on what im suppose
Do exactly. I recieved this letter on November 16, 2015 at
Garza west unit. But im not there anymore I got transferred
to Giblewis unit. And i just recieved this letter today.
Garza west had to send it this way and i finally Got it.
But i need a little more time can you please give me an
extention to find out more about this pro se brief that
i want to write. Id appriciate it very much if you'd
grant me an extention. To ask my lawyer what i Got to
write. I Dont understand to much of the law. All im
Trying do is help myself with my case. Thank
you for your time ID appriciate it if you could respond
back to me A.S.A.P. God Bless you

Respectfully, Enrique mata

Enrique mata
# 2001462
Gibliewis unit
777 FM 3497
Woodville, TX, 77840

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO TEXAS

2015 DEC -9 PM 12:32

Keith E. Hottle
KEITH E. HOTTLE CLERK

LEGAL Material

782053097S9

07 DEC 2015 PM 4 L

COURT OF APPEALS:
Fourth court of appeals District
Cadena-Reeves Justice center
300 Dolorosa, Suite 3200
San Antonio, TX, 78205-3037

FOREVER